**93–1923.** State ex rel. Smith v. Cuyahoga Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–1958.** Lakelynd Constr. Co. v. Lucky Sand & Gravel Co. *Summit County,* No. 15946. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

A.W. SWEENEY, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**93–1984.** State ex rel. Davenport v. Wise. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–1989.** State ex rel. Wilson v. Cuyahoga Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2001.** Blue Cross & Blue Shield of Ohio v. Grigsby. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

A.W. SWEENEY, WRIGHT, RESNICK and PFEIFER, JJ., concur.

MOYER, C.J., DOUGLAS and F.E. SWEENEY, JJ., dissent and would grant the writ.

**93–2016.** Shoop v. State. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., dissents and would grant an alternative writ.

**93–2051.** State ex rel. Manley v. Rumer. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2052.** State ex rel. Ushery v. Ghee. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., dissents and would grant an alternative writ for lack of a proper answer.

**93–2077.** Bolds v. Ohio Adult Parole Auth. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2095.** Griffith v. Holland. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–2172.** State v. Ware. *Licking County,* No. CA–3263. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.